AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

**FILED**
JAN 23 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-mj-70018 PSG |
| Robert Beron | ) | Charging District: Eastern District of Washington |
| Defendant | ) | Charging District's Case No. mj-12-020-1 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Thomas S. Foley U.S. Courthouse 920 W. Riverside Ave. Spokane, WA 99201 | Courtroom No.: Duty Judge |
|---|---|
| | Date and Time: 1/26/12 at 2:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 1/23/2012

P.S. /s/
_Judge's signature_

Paul S. Grewal, U.S. Magistrate Judge
_Printed name and title_